IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>　　　　Plaintiff,<br><br>v.<br><br>EMORY UNIVERSITY HOSPITAL,<br>　　　　Defendant. | CIVIL ACTION FILE NO.:<br><br>1:15-cv-03407-AT-AJB |

## MOTION BY KENDALL MCCOY TO INTERVENE AS A PLAINTIFF

Kendall McCoy, by and through counsel, hereby moves this Court pursuant to Fed. R. Civ. P. 24 for an order permitting him to intervene as of right as a plaintiff in this action. Mr. McCoy files this motion so that he may file his own complaint to assert the claims he has against Defendant, a copy of which is Attachment "A" hereto. The grounds for this motion are set forth in the memorandum in support, which is Attachment "B" hereto, and include the fact that Mr. McCoy has a statutory right to intervene and that there exists common questions of fact and law.

WHEREFORE, Mr. McCoy requests that this motion be granted and that an order be entered allowing him to intervene as a party- plaintiff in the above-captioned action.

Respectfully submitted, this 1st day of December, 2015.

             THE LAW OFFICE OF ODIS WILLIAMS, P.C.


                  By: /s/ *Odis W. Williams*
                     Odis W. Williams
                  Georgia Bar No.556272
                    *Counsel for Plaintiff*

1640 Powers Ferry Road SE
Bldg. 20, Ste. 300
Marietta, Georgia 30067
P: 770.575.4466
F: 877.329.8359
owilliams@odiswilliamspc.com

                       Steven Wagner
                       Trial Attorney
                   Steven.wagner@eeoc.gov


           EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
                    Atlanta District Office
               100 Alabama St., SW, Suite 4R30
                    Atlanta, Georgia 30303
                     *Counsel for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

I, Odis W. Williams, do hereby certify that this document has been prepared in Times New Roman font, 14 point, in compliance with LR 5.1C of this Court.

/s/ *Odis W. Williams*
Odis W. Williams

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>     Plaintiff,<br><br>v.<br><br>EMORY UNIVERSITY HOSPITAL,<br>     Defendant. | CIVIL ACTION FILE NO.:<br><br>1:15-cv-03407-AT-AJB |

## CERTIFICATE OF SERVICE

I hereby certify that on December 1st, 2015, a true and correct copy of the foregoing **MOTION BY KENDALL MCCOY TO INTERVENE AS A PLAINTIFF** was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, including:

Jane E. Jordan
Regis. Agt.: Emory Healthcare, Inc.
201 Dowman Drive
101 Administration Bldg.
Atlanta, Georgia 30322- 1018

This 1st day of December 2015

          THE LAW OFFICE OF ODIS WILLIAMS, P.C.


               By: /s/ *Odis W. Williams*
                  Odis W. Williams
                 Georgia Bar No.556272
                  *Counsel for Plaintiff*

1640 Powers Ferry Road SE
Bldg. 20, Ste. 300
Marietta, Georgia 30067
P: 770.575.4466
F: 877.329.8359
owilliams@odiswilliamspc.com

                    Steven Wagner
                    Trial Attorney
                 Steven.wagner@eeoc.gov


         EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
                   Atlanta District Office
              100 Alabama St., SW, Suite 4R30
                  Atlanta, Georgia 30303
                    *Counsel for Plaintiff*